■ VINCENT FERRARA v. REVLON PRODUCTS CORPORATION.—Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ HILAH R. COLEMAN v. SHELDON T. COLEMAN.—Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The stay contained in the order to show cause, dated April 10, 1959, is vacated. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of FRIEDSTRASS COMPANY, INC. and DAVID LIVINGSTON, as President.— Motion insofar as it seeks a stay, granted to the extent of staying respondent from proceeding with the arbitration proceedings pending the hearing and determination of the appeal upon condition that the appellant procures the record on appeal and the appellant's points to be served and filed on or before May 14, 1959, with notice of argument for May 26, 1959, said appeal to be argued or submitted when reached; and the motion, insofar as it seeks leave to prosecute the appeal on an abridged record, granted to the extent of dispensing with the printing in the record on appeal of Exhibit "G" annexed to the affidavit of Morris Kogan, sworn to December 29, 1959, on condition that the original of said exhibit is filed with this court on or before May 20, 1959. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (April 28, 1959)

■ SHERWOOD & GARNER, Respondent, v. SAMUEL LANDOW, Appellant.— Judgment unanimously affirmed, with costs to the respondent. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS P. HANNIGAN, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between HENRY G. KOPPELL, Appellant, and LEONARD DAVIS, Respondent.— Order unanimously modified, on the law and in the exercise of discretion, by eliminating the last ordered paragraph in the order appealed from, and, as so modified, affirmed, without costs. The award is responsive to the respective demands for arbitration. Any dispute incident to compliance with the award may be properly the subject of further arbitration, but that question is not yet reached. Under the circumstances, the appointment of a referee to take and state the account is unnecessary. (*Matter of Hunter* [*Proser*], 274 App. Div. 311, affd. 298 N. Y. 828.) Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROSE BANKS, Respondent, v. HOTEL MARSIELLES, INC., Appellant.— Order so far as appealed from unanimously reversed on the facts and as a matter of discretion, with $20 costs and disbursements to the appellant, and the motion granted, with $10 costs, and judgment is directed to be entered dismissing the complaint, with costs. No affidavit of merits is submitted nor is there a substantial showing of valid excuse or justification for the delay. (*Rist* v. *234 East 33rd Corp.*, 4 A. D. 2d 867; *Cooper* v. *Schnabolk*, 283 App. Div. 937.) Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.